UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Laurie Prince aka  Laurie Scoville</u>

        v.                              Civil No. 06-cv-405-PB

<u>Metropolitan Life Insurance</u>


### O R D E R

The plaintiff has not responded to my order dated August 28, 2007, accordingly, this case is dismissed without prejudice.

SO ORDERED.


November 19, 2007                       /s/ Paul Barbadoro
                                                                Paul Barbadoro
                                                                United States District Judge


cc:      Counsel of Record